**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 07-cv-00933-WDM-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date: July 30, 2007** | **Courtroom Deputy:** Ben Van Dyke |

| | |
|---|---|
| NILY LIAV, | William J. Martinez |
| | Robert M. Maes |
| **Plaintiff,** | |
| v. | |
| INTERNATIONAL BUSINESS MACHINES CORPORATION, | Martin D. Litt |
| | Jennifer C. Miner |
| **Defendant.** | |

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING: MOTIONS HEARING**
**Court in Session:    9:03 a.m.**
Court calls case. Appearances of counsel. Plaintiff, Nily Liav, is also present for the hearing.

**ORDERED:** Plaintiff's Motion for Leave to File Second Amended Complaint and Jury Demand [filed July 16, 2007; doc. 23] is granted for the reasons stated on the record. Plaintiff's Second Amended Complaint and Demand for Jury Trial [filed July 16, 2007 as Exhibit 1 to doc. 23] shall be filed on this date.

**ORDERED:** Defendant's Motion to Stay Discovery [filed June 18, 2007; doc. 14] is denied without prejudice for the reasons stated on the record.

**ORDERED:** Defendant's Unopposed Motion to Withdraw its Motion to Dismiss [filed July 27, 2007; doc. 29] is granted. Defendant's Motion to Dismiss [filed June 18, 2007; doc. 13] is hereby withdrawn.

**ORDERED:** Scheduling Conference set for August 9, 2007 at 9:00 a.m. Counsel shall submit a proposed scheduling order by August 3, 2007.

HEARING CONCLUDED.

**Court in Recess:    9:52 a.m.**
Total In-Court Time:    00:49