IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07-cv-00933-WDM-CBS

NILY LIAV,

   Plaintiff,

v.

INTERNATIONAL BUSINESS MACHINES CORPORATION,

   Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

   IT IS HEREBY ORDERED that Defendant's Unopposed Motion for Entry of Stipulated Protective Order (*doc. no. 38)* is **GRANTED**.  The proposed stipulated protective order (*doc. no. 38-2)* is accepted by the court.

   In addition to FED.R.CIV.P. 26(c)(2), and D.C.COLOL.CIVR. 7.2  parties are **ORDERED** to comply with all applicable Federal Rules of Civil Procedure (FED.R.CIV.P.) and the Local Rules of Practice in the United States District Court for the District of Colorado (D.C.COLOL.CIVR.) regarding the execution of this protective order.

**DATED:**      August 15, 2007