IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Civil Action No. 07-cv-00933-WDM-CBS

NILY LIAV,

    Plaintiff,

v.

IBM,

    Defendant.
_____

**MINUTE ORDER**
_____

SENIOR JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    The motion to file reply (doc. no. 73) is granted.

Dated: May 21, 2008

                                          s/ Jane Trexler, Judicial Assistant